Same case below, 393 Fed. Appx. 562.

**No. 10-7667. Wilbur Keith Grimes, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1204, 131 S. Ct. 1051, 178 L. Ed. 2d 871, 2011 U.S. LEXIS 1023.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-7671. Cathleen Gary, Petitioner v. DeKalb County, Georgia, et al.**

562 U.S. 1204, 131 S. Ct. 1051, 178 L. Ed. 2d 871, 2011 U.S. LEXIS 1017.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 352 Fed. Appx. 360.

**No. 10-7673. Robert David Dunn, Petitioner v. David Parker, Warden.**

562 U.S. 1204, 131 S. Ct. 1051, 178 L. Ed. 2d 871, 2011 U.S. LEXIS 965,

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 389 Fed. Appx. 787.

**No. 10-7674. Calvin Eugene Barnett, Petitioner v. Jim Keith, Warden, et al.**

562 U.S. 1204, 131 S. Ct. 1051, 178 L. Ed. 2d 871, 2011 U.S. LEXIS 1013.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

**No. 10-7675. Bobby Lurey Reddell, Petitioner v. Michigan.**

562 U.S. 1204, 131 S. Ct. 1051, 178 L. Ed. 2d 871, 2011 U.S. LEXIS 1059.

January 24, 2011. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

**No. 10-7676. Majed Subh, Petitioner v. Wal-Mart Stores, Inc., et al.**

562 U.S. 1204, 131 S. Ct. 1051, 178 L. Ed. 2d 871, 2011 U.S. LEXIS 1060.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 386 Fed. Appx. 31.

**No. 10-7681. Christopher Knowles, Petitioner v. Florida.**

562 U.S. 1204, 131 S. Ct. 1052, 178 L. Ed. 2d 871, 2011 U.S. LEXIS 1024.

January 24, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 41 So. 3d 218.

**No. 10-7683. Jeffrey Dennis Roe, Petitioner v. James A. Yates, Warden.**

562 U.S. 1204, 131 S. Ct. 1052, 178 L. Ed. 2d 871, 2011 U.S. LEXIS 963.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.